**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHYROME HARDMON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASCENA RETAIL GROUP, INC. et al.,<br><br>　　　　Defendants. | Case No.: EDCV 19-2207-MWF (KKx)<br><br>**ORDER RE: CONSOLIDATING MATTERS AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED CONSOLIDATED COMPLAINT** |
| KARLA CATOLIATO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASCENA RETAIL GROUP, INC., et al., | Case No. EDCV 20-19 MWF (KKx) |

## ORDER

The Court, having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that the cases *Shyrome Hardmon, on her own behalf and on behalf of all others similarly situated v. Ascena Retail Group*, Case. No. 5:19-cv-2207-MWF-KKx and *Karla Catoliato, on behalf of themselves and all others similarly situated, v. Ascena Retail Group, Inc.*, Case No. 5:20-cv-00019-MWF-KKx, shall be consolidated for all purposes with the first-filed Case No. 5:19-cv-2207-MWF-KKx as the lead case number.

The Clerk of Court shall administratively close *Karla Catoliato, on behalf of themselves and all others similarly situated, v. Ascena Retail Group, Inc.*, Case No. 5:20-cv-00019-MWF-KKx. No further filings shall be made in this case.

IT IS FURTHER HEREBY ORDERED THAT Plaintiffs are granted leave to file the Consolidated Complaint, a copy of which was attached to the Stipulation Re: Granting Plaintiff Leave to File a Consolidated Complaint as Exhibit A.

**IT IS SO ORDERED.**

Dated: November 23, 2021

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE